

# NUMBER 13-10-00340-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**ORDIA WEBSTER,** **Appellant,**

**v.**

**JOHN O'BRIEN,** **Appellee.**

### On appeal from the 343rd District Court
### of Bee County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

Appellant, Ordia Webster, perfected an appeal from a judgment rendered against her in favor of appellee, John O'Brien. On October 29, 2010, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on July 24, 2010, and that the deputy district clerk, Julissa DeLeon, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of

this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the 16th
day of December, 2010.